

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH
F. #2017R01402

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 24, 2024

By E-mail

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Azra Delija
> Criminal Docket No. 17-461 (NGG)

Dear Judge Garaufis:

The government writes on behalf of the parties in the above-referenced matter to respectfully request that the Court unseal the docket sheet of this matter, as well as the following docket entries: Nos. 1, 2, 4 and 5, as well as the Minute Entry dated August 25, 2017. The parties respectfully request that the remaining entries remain under seal for the reasons those entries were originally sealed.

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ J. Matthew Haggans
J. Matthew Haggans
Assistant U.S. Attorney
(718) 254-6127

cc: Clerk of Court (NGG) (By ECF)
Samuel Jacobson, Esq. (By Email)

**Application granted.
So Ordered.**
s/NICHOLAS G. GARAUFIS
Hon. Nicholas G. Garaufis
Date: 1/25/24