

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JMH | *271 Cadman Plaza East* |
| F. #2017R01402 | *Brooklyn, New York 11201* |

January 26, 2024

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Azra Delija
                Criminal Docket No. 17-461 (NGG)

Dear Judge Garaufis:

        The government writes to respectfully request that the Court adjourn sentence in the above-referenced matter to September 20, 2024, at 10:30 a.m., a date and time that the parties understand the Court is available. The requested adjournment will permit the parties and the United States Probation Department ("Probation") time to complete the Presentence Investigation Report ("the PSR"); brief and resolve objections to the PSR, if any; and submit their sentencing memoranda. The defendant, by counsel, consents to the proposed schedule.

                                                                     Respectfully submitted,

                                                                     BREON PEACE
                                                                     United States Attorney

                                  By:    /s/ J. Matthew Haggans
                                                    J. Matthew Haggans
                                                    Assistant U.S. Attorney
                                                    (718) 254-6127

cc:    Clerk of Court (NGG) (By ECF)
        Counsel of Record (By ECF and Email)
        U.S. Pretrial Services Agency (By Email)
        U.S. Probation Office (By Email)